**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7520**

RONNIE A. NOEL,

                    Plaintiff – Appellant,

          v.

LIEUTENANT COLONEL KUMER; ROSETTA BOWLES; MEDICAL DIRECTOR,

                    Defendants – Appellees,

          and

PAYTEL PHONE SYSTEM; DENISE Y. LUNFORD, Commonwealth
Attorney; WILLIAM KAVANAH, Arresting Officer; JAMES
HINGELEY, Supervisor, Albemarle Public Defender's Office;
VOPA, VIRGINIA OFFICE OF PROTECTION AND ADVOCACY,

                    Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge. (7:14-cv-00200-GEC-RSB)

Submitted:  February 24, 2015          Decided:  March 2, 2015

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronnie A. Noel, Appellant Pro Se. Carlene Booth Johnson, PERRY LAW FIRM, PC, Dillwyn, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie A. Noel appeals the district court's order denying his motion for a preliminary injunction, denying as moot his motion for appointment of specialists, granting the motion to dismiss claims against Lt. Col. Kumer and Rosetta Bowles, and dismissing without prejudice claims against the Medical Director of the Albemarle-Charlottesville Regional Jail. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Noel v. Lt. Col. Kumer, No. 7:14-cv-00200-GEC-RSB (W.D. Va. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED